IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr131-MHT |
| | ) | |
| JESSICA CHRISTINA SCALI | ) | |

OPINION AND ORDER

Due to the need for a mental-health evaluation prior to sentencing, it is ORDERED that the sentencing for defendant Jessica Christina Scali, currently set for December 7, 2017, is continued generally.

DONE, this the 3rd day of November, 2017.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**